```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00004
    DENISE L WORLEY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2809
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/02/08 and confirmed on 03/06/08.

2. The case was dismissed after confirmation, 10/10/2008.

3. The Debtor paid a total of $ 3045.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE | MORTGAGE ARRE | 14051.78 | .00 | .00 |
| AUTO CONNECTIONS | SECURED VEHIC | 3800.00 | 104.24 | 558.25 |
| RIVERSIDE FINANCE INC | SECURED VEHIC | 4200.00 | 116.91 | 510.77 |
| ALLIED WASTE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| ARGENT HEALTHCARE FIN SE | UNSECURED | NOT FILED | .00 | .00 |
| AURORA RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CAMIC JOHNSON WILSON & B | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY CHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SVC | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| SUBSCRIBER SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT & DISCOUNT | UNSECURED | NOT FILED | .00 | .00 |
| NICK ZONE | UNSECURED | NOT FILED | .00 | .00 |
| NICK ZONE | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| FEDCHEX | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |

```
FOX METRO WATER REC DIST  UNSECURED        NOT FILED              .00           .00
FRANK MONTGOMERY          UNSECURED        NOT FILED              .00           .00
GC SERVICES DATA CONTROL  UNSECURED        NOT FILED              .00           .00
HSBC                      UNSECURED        NOT FILED              .00           .00
HSBC                      UNSECURED        NOT FILED              .00           .00
HSBC                      UNSECURED        NOT FILED              .00           .00
HSBC                      UNSECURED        NOT FILED              .00           .00
KENDALL COUNTY COURT      UNSECURED        NOT FILED              .00           .00
KENDALL COUNTY COURT      UNSECURED        NOT FILED              .00           .00
MONEY CONTROL             UNSECURED        NOT FILED              .00           .00
MRSI                      UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED              .00           .00
NICOR GAS                 UNSECURED        NOT FILED              .00           .00
NEW WORLD MEDIA           UNSECURED        NOT FILED              .00           .00
NORTH SHORE AGENCY        UNSECURED        NOT FILED              .00           .00
OSWEGO COMMUNITY HIGH SC  UNSECURED        NOT FILED              .00           .00
PALISADES COLLECTION      UNSECURED        NOT FILED              .00           .00
PROFESSIONAL ACCOUNTS MG  UNSECURED        NOT FILED              .00           .00
PUBLISHERS CLEARING HOUS  UNSECURED        NOT FILED              .00           .00
RECEIVABLES MANAGEMENT I  UNSECURED        NOT FILED              .00           .00
REVENUE CYCLE PARTNERS    UNSECURED        NOT FILED              .00           .00
RIVERSIDE FINANCE INC     UNSECURED        NOT FILED              .00           .00
MUNICIPAL COLLECTION SER  UNSECURED        NOT FILED              .00           .00
SALUTE                    UNSECURED        NOT FILED              .00           .00
SCHOLASTIC BOOK SERVICES  UNSECURED        NOT FILED              .00           .00
SHORT TERM LOAN           UNSECURED        NOT FILED              .00           .00
SALLIE MAE SERVICING COR  UNSECURED        NOT FILED              .00           .00
SPRINT NEXTEL             UNSECURED        NOT FILED              .00           .00
TARGET                    UNSECURED        NOT FILED              .00           .00
TELECHECK SERVICES        UNSECURED        NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S  UNSECURED        NOT FILED              .00           .00
WASTE MANAGEMENT OF IL N  UNSECURED        NOT FILED              .00           .00
RIVERSIDE FINANCE INC     UNSECURED         470.00                .00           .00
           Summary of disbursements:
----------------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22051.78        .00        470.00          .00      22521.78
PRINCIPAL PAID       1069.02        .00           .00          .00       1069.02
INTEREST PAID         221.15        .00           .00          .00        221.15
TOTAL PAID           1290.17        .00           .00          .00       1290.17
The Debtor's attorney, CHANG & CARLIN                , was allowed $   3500.00
and was paid $     437.00  direct and $    1578.22  through the plan.

The Trustee received $    176.61 .

Refunds to the Debtor totaled $       .00 .


     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



      Dated: 01/14/09                   /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   3
   CASE NO. 08 B 00004 DENISE L WORLEY
```